| | | | |
|---|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE | |
| | * | SUPREME COURT | |
| v. | * | OF MARYLAND | |
| DUNCAN KENNER BRENT | * | AG No. 2 | |
| | * | September Term, 2025 | |

ORDER

After the Attorney Grievance Commission filed its petition for disciplinary or remedial action and request for immediate suspension, the Court issued an order requiring the Respondent to show cause why he should not be immediately suspended pursuant to Rules 19-721(a)(2) and 19-737. Bar Counsel filed a response to the show cause order. The Respondent did not respond.

Accordingly, upon consideration of the allegations in the petition for disciplinary or remedial action, it is this 25th day of July 2025, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-737(d)(2), the Respondent, Duncan Kenner Brent, is immediately suspended from the practice of law in the State of Maryland;[1] and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.



Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk

---

[1] The petition for disciplinary or remedial action remains pending. Bar Counsel filed its response to this Court's June 13, 2025 order to show cause and the time for Mr. Brent to response has not run.